LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:   (415) 986-1338
Fax:   (415) 986-1231

Attorneys for Plaintiff
MARGIE SAN DIEGO


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ELLEN M. BRONCHETTI, Cal. Bar No. 226975
ELIA M. DELUCA, Cal. Bar No. 249059
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE SAN DIEGO<br><br>                    Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendants. | Case No. 3:14-cv-03211 JCS<br><br>**AMENDED**<br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINES** |

United States District Court
Northern District of California

1. On January 27, 2014, the Court issued a Pretrial Order setting the deadline to complete private ADR on March 27, 2015 and set a Further Case Management Conference for May 21, 2015.

2. The parties are attempting in good faith to resolve this matter and have agreed to mediate the case with the Honorable Ellen James of JAMS. Due to defense counsel's trial schedule, the parties need additional time to mediate and have scheduled mediation for **June 23, 2015**.

3. The parties agree that judicial economy is served by continuing the current mediation completion deadline to **June 23, 2015** and continuing the Further Case Management Conference to **July 20, 2015**, or a date thereafter that is convenient for the Court.

4. The parties have also agreed on a limited discovery plan prior to mediation. Since the current fact discovery cut-off date is July 27th, 2015, in the event the case does not settle at mediation, the parties anticipate requiring more time to complete discovery and other case matters. Thus, the parties propose the following extensions to the deadlines set by the Court's October 30, 2014 Pretrial Order:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Complete ADR | March 27, 2015 | June 23, 2015 |
| Further Case Management Conference | May 21, 2015 | ~~July 20, 2015~~ **July 30, 2015** |
| Fact Discovery Cut-off | July 27, 2015 | September 11, 2015 |
| Expert Witness Disclosures | August 24, 2015 | September 25, 2011 |
| Rebuttal Expert Disclosures | September 7, 2015 | October 2, 2015 |
| Deadline to Hear Dispositive Motions | September 24, 2015 | October 16, 2015 |

5. The parties do not propose any extensions to the current trial date or any of the

2

1  pretrial deadlines set by the Court in the October 30, 2014 Pretrial Order.

2        6.      THEREFORE, the parties hereto stipulate and agree, and request, that the Court enter

3  an Order continuing deadlines as proposed in the table above.

4        **IT IS SO STIPULATED.**

5  DATED: March 25, 2015        __/P. Bobby Shukla_____

6        P. Bobby Shukla
      Law Offices of Stephen M. Murphy

7        Attorneys for Plaintiff

8

9  DATED: March 25, 2015        __/Ellen M. Bronchetti_____
      Ellen M. Bronchetti

10       Sheppard, Mullin, Richter & Hampton LLP
      Attorneys for Defendant

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13 DATED: __March 26, 2015_____  _____*Jacqueline Scott Corley*_____

14       United States Magistrate Judge
      Jacqueline Scott Corley

3